

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

March 3, 2022

**<u>VIA ECF</u>**

Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *Guerin v. Forward Artists NYC, LLC,* 1:21-cv-10474-RA

Dear Judge Abrams:

        We represent Plaintiff Charles Guerin ("Plaintiff") in the above-captioned case.
We write pursuant to Section 1.D of the Court's Individual Rules & Practices to
respectfully request that in light of defendant Forward Artists NYC, LLC ("Defendant")'s
failure to appear, the initial case management conference scheduled for March 17, 2022,
at 10:00 a.m., as well as the 3/3/22 deadline to submit the parties' joint letter and
proposed case management plan, be adjourned *sine die*.  Plaintiff intends to file a motion
for default judgment within 14 days.

(1)  the original date of the conference is March 17, 2022 (and deadline to file the joint
letter is March 3, 2022);

(2)  no previous requests for adjournment or extension have been made;

(3)  no previous requests were granted or denied;

(4)  Defendant is in default and therefore does not consent to or oppose the requested
relief;

No other dates will be impacted by this request.

                                        Respectfully Submitted,

                                        **s/jameshfreeman/**
                                        James H. Freeman

                                        *Counsel for Plaintiff*

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
03/04/2022